# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ORIGIN HOLDINGS, INC. AND ORIGINAL CONSULTING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA GLANVILL, <br><br> Defendant. | Case No. 1:17-cv-02031 <br><br> District Judge Thomas M. Durkin <br><br> Magistrate Judge Susan E. Cox |
| PAMELA GLANVILL, <br><br> Counter-Plaintiff, <br><br> v. <br><br> ORIGIN HOLDINGS, INC. AND ORIGINAL CONSULTING, LLC, <br><br> Counter-Defendants. | |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED and adjudged that the above-captioned action and all claims, cross-claims, counter-claims, grievances and appeals, that were or could have been raised are hereby dismissed with prejudice, pursuant to the parties' Settlement Agreement and Release of Claims.

**IT IS FURTHER ORDERED** that this is a final order that resolves the last pending issue and closes this case.

**IT IS SO ORDERED.**

Dated: 1/11/2018

_Thomas M Durkin_
_____